**Order entered January 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00439-CR

**THEODORE ROOSEVELT ARTHUR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-58513-J**

## ORDER

On December 18, 2014, this Court ordered court reporter Karren Jones to file, within fifteen days, an amended Volume 5 of the reporter's record that contains all of the pages, including page 284. To date, Ms. Jones has neither filed the amended record nor communicated with the Court regarding the status of the amended record.

Accordingly, we **ORDER** court reporter Karren Jones to file, by **4:00 p.m. on FRIDAY, JANUARY 16, 2015**, an amended Volume 5 of the reporter's record that contains all of the pages, including page 284. If we do not receive the amended volume by the date and time specified, we will utilize the available remedies, including ordering that Karren Jones not sit as a court reporter until she complies with this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Karren Jones, court reporter, and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE